**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., | ) |
| Plaintiff, | ) Case No. 15-cv-6197 ) |
| v. | ) **Judge Andrea R. Wood** ) |
| CHEN XIAOMIN, et al., | ) **Magistrate Judge Susan Cox** ) |
| Defendants. | ) ) |

**AMENDED COMPLAINT**

[CONTENTS FILED UNDER SEAL]